# United States District Court
## Violation Notice (Rev. 1/2020)

| Location Code | Violation Number | Officer Name (Print) | Officer No. |
|---|---|---|---|
| PR15 | E2320042 | J. Roberts | 819 |

### YOU ARE CHARGED WITH THE FOLLOWING VIOLATION

Date and Time of Offense (mm/dd/yyyy): 1535 / 02/16/2025
Offense Charged: CFR 43CFR8341.1(a) / USC 14601.2(B)

Place of Offense: Dumont Dunes RD

Offense Description: Driving on Suspended license (DUI)

### DEFENDANT INFORMATION

Last Name: REEVES
First Name: Samantha
M.I.: E

| Tag No. | State | Year | Make/Model | PASS | Color |
|---|---|---|---|---|---|
| 5BKJ418 | CA | 01 | JAG XType | | Gold |

APPEARANCE IS REQUIRED — A ☒ If Box A is checked, you must appear in court.

APPEARANCE IS OPTIONAL — B ☐ If Box B is checked, you must pay the total collateral due or in lieu of payment appear in court.

$ _____ Forfeiture Amount
+ $30 Processing Fee
$ _____ Total Collateral Due

PAY THIS AMOUNT AT www.cvb.uscourts.gov

YOUR COURT DATE (If no court appearance date is shown, you will be notified of your appearance date by mail.)

X Defendant Signature: [signed]
Original - CVB Copy

LM 25014547

## STATEMENT OF PROBABLE CAUSE
(For issuance of an arrest warrant or summons)

I state that on 2-16-2025, 20 __, while exercising my duties as a law enforcement officer in the Central District of CA

ATTACHED

The foregoing statement is based upon:
☒ my personal observation
☐ my personal investigation
☐ information supplied to me from my fellow officer's observation
☐ other (explain above)

I declare under penalty of perjury that the information which I have set forth above and on the face of this violation notice is true and correct to the best of my knowledge.

Executed on: 2/16/2025  Officer's Signature: [signed]

Probable cause has been stated for the issuance of a warrant.

Executed on: _____  U.S. Magistrate Judge

HAZMAT = Hazardous material involved in incident; PASS = 9 or more passenger vehicle; CDL = Commercial drivers license; CMV = Commercial vehicle involved in incident