**United States District Court**
**Central District of California**

| | |
|---|---|
| UNITED STATES OF AMERICA vs. | Docket No. 5:25-cr-00303-DTB // CC15-E2320042 |
| Defendant  Samantha E. Reeves | Social Security No. 6 0 5 1 |
| akas: | (Last 4 digits) |

## JUDGMENT AND PROBATION/COMMITMENT ORDER

In the presence of the attorney for the government, the defendant appeared in person on this date.

| MONTH | DAY | YEAR |
|---|---|---|
| 09 | 12 | 2025 |

**COUNSEL**   Young Kim, DFPD
(Name of Counsel)

**PLEA**   [X] GUILTY, and the court being satisfied that there is a factual basis for the plea.   [ ] NOLO CONTENDERE   [ ] NOT GUILTY

**FINDING**   There being a finding/verdict of **GUILTY**, defendant has been convicted as charged of the offense(s) of: 43 C.F.R. sec. 8341.1(d), adopting C.V.C. Sec. 14601.1(a), Driving on a Suspended License, as charged in the CVB Class A Misdemeanor citation CC15-E2320042.

**JUDGMENT AND PROB/ COMM ORDER**   The Court asked whether there was any reason why judgment should not be pronounced. Because no sufficient cause to the contrary was shown, or appeared to the Court, the Court adjudged the defendant guilty as charged and convicted and ordered that: Pursuant to the Sentencing Reform Act of 1984, it is the judgment of the Court that the defendant is hereby sentenced as follows:

The defendant shall pay a $300.00 fine, $25.00 special assessment fee, and $30.00 processing fee by November 14, 2025. If the payment is not completed prior to that date, then a status conference is scheduled for November 14, 2025 at 9:00 a.m. The payments shall be made to the Clerk of Court, as stated in the NOTICE OF ORDER FOR PAYMENT OF FINE/FORFEITURE OF COLLATERAL AND/OR SPECIAL ASSESSMENT OR FEE.

9/23/25
Date

_____
U. S. ~~District Judge~~/Magistrate Judge

It is ordered that the Clerk deliver a copy of this Judgment and Probation/Commitment Order to the U.S. Marshal or other qualified officer.

Clerk, U.S. District Court

September 23, 2025
Filed Date

By  *Rebecca Camacho*
Deputy Clerk